**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARC JACOBS TRADEMARKS, LLC and MARC JACOBS INTERNATIONAL, LLC,<br><br>  Plaintiffs,<br>v.<br><br>JOUSTIMO STYLISH STORE, et al.,<br><br>  Defendants. | Case No. 20-cv-00807<br><br>**Judge Charles R. Norgle**<br><br>**Magistrate Judge Susan E. Cox** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Marc Jacobs Trademarks, LLC ("MJT") and Marc Jacobs International, LLC ("MJI") (collectively, the "MJ Entities" or "Plaintiffs"), hereby dismisses this action with leave to reinstate within one hundred and eighty (180) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| konjoy bags store | 5 |
| LHCMGLGWW FanLeng Store | 7 |
| Locimole Store | 14 |
| miuline Global Store | 30 |
| Mowah Store | 37 |
| Richgo Store | 65 |
| Silver Lake Store | 141 |
| Wind lake Store | 170 |
| XUEHU Store | 179 |
| YASICAIDI Official Store | 181 |
| zhongjie205 Store | 191 |

| | |
|---|---|
| Dated this 11th day of June 2020. | Respectfully submitted, |

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiffs Marc Jacobs Trademarks, LLC and Marc Jacobs International, LLC*